UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Andrea R. Liebman   JOINT DEBTOR: _____   CASE NO.: 15-13372-AJC
Last Four Digits of SS# 1061   Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of _____ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
   A. $935 for months 1 to 60;
   B. $908 for months 1 to 60;
   C. $50 for months 1 to 60; in order to pay the following creditors:

Administrative: Attorney's Fee - $ -0-   TOTAL PAID $ _____
Balance Due $ _____ payable $ _____ /month (Months _____ to _____)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Beach Club Villas Condo   Arrearage on Petition Date $25,000
Address: 3670 N.E. 167 ST   Arrears Payment $420 /month (Months 1 to 60)
N. Miami Beach, Fl   Regular Payment $430 /month (Months 1 to 60)
Account No: _____ 3J60   * COUNTER-CLAIM UNJUST ENRICHMENT + NEGLIGENCE SUIT

2. Deutsche Bank   Arrearage on Petition Date $65,000
Address: 60 Wall St   Arrears Payment $ - /month (Months _____ to _____)
N.Y., N.Y. 1007   Regular Payment $825 /month (Months 1 to 60)
Account No: 003311FF63   ** HOPE PREVIOUSLY APPROVED HAMP - REQUESTING TRUSTEE CONTACT DEUTSCHE / OCWEN

3. Newport Beach Condo   Arrearage on Petition Date $ _____
Address: 16701 Collins Av,   Arrears Payment $ _____ /month (Months _____ to _____)
Miami Beach, Fl #100   Regular Payment $ _____ /month (Months _____ to _____)
Account No: 215651 3J60

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Beach Club Villas | $385,000 Townhome | — % | $850 | 1 To 60 | 51,000 |
| Deutsche Bank | $385,000 Townhome | 2% | $825 | 1 To 60 | 49,500 |
| Newport Beach | $15,000 Timeshare | — % | $45 | 1 To 60 | 2,700 |

Priority Creditors: [as defined in 11 U.S.C. §507]   (SAME AS ABOVE)

1. _____   Total Due $ _____
   Payable $ _____ /month (Months ___ to ___) Regular Payment $ _____
2. _____   Total Due $ _____
   Payable $ _____ /month (Months ___ to ___) Regular Payment $ _____

Unsecured Creditors: Pay $ -0- /month (Months _____ to _____).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_Andrea R. Liebman_
Debtor
Date: 4-8-15

_____
Joint Debtor
Date: _____

LF-31 (rev. 01/08/10)