

## ORDERED in the Southern District of Florida on April 8, 2015.

_____
**A. Jay Cristol, Judge
United States Bankruptcy Court**

_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

In re:                                                                                    Case No. 15-13372-BKC-AJC
                                                                                          Chapter 13
ANDREA ROSEN LIEBMAN,

              Debtor              /

### ORDER REINSTATING CASE AND LIMITING AUTOMATIC STAY

THIS CAUSE came before the Court for hearing on April 8, 2015 upon the Debtor's motion to reinstate case. The Court having heard the proffers and representations of the Debtor and for the reasons stated on the record at the hearing, and incorporated herein, this case will be reinstated; however, the automatic stay in the reinstated case shall not stay, stop or affect the foreclosure sale currently scheduled for May 14, 2015 in the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County Florida in Case No. 10-35247-CA-01. The May 14, 2015 foreclosure sale shall proceed as scheduled, in due course, unless this Court, or the state court, orders otherwise. Thus, it is

**ORDERED** that the *Emergency Motion to Vacate Dismissal* is GRANTED IN PART as follows:

1. This case is REINSTATED, and the Trustee's Final Report, if any, is deemed withdrawn and the Order Discharging Trustee, if entered, is deemed vacated.

2. The automatic stay in this reinstated case shall not stay, stop or affect the foreclosure sale currently set for May 14, 2015 in the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County Florida in Case No. 10-35247-CA-01; and the May 14, 2015 foreclosure sale shall proceed as scheduled, in due course, pending further order of this Court, or the state court.

3. The Debtor shall file a Chapter 13 plan, and cure all other filing deficiencies, within seven (7) days from the date of this Order or this case will be dismissed without further notice or hearing.

4. <u>In accordance with procedures and guidelines to be followed in a Chapter 13 case, the first monthly payment toward a Chapter 13 Plan is due 30 days after the date of filing.  The Debtor having filed the case on February 25, 2015, Debtor's first payment became due on March 27, 2015.</u>

5. Once all filing deficiencies are cured, a Chapter 13 plan is timely filed, and all sums due under the proposed Chapter 13 plan are paid to the Trustee, the Debtor may file a motion seeking to stay the May 14, 2015 foreclosure sale if she can demonstrate that such Chapter 13 plan and the payments adequately protect the secured creditor(s) in the state court foreclosure case.

6. This case having been dismissed prior to the conclusion of the meeting of

creditors, under 11 U.S.C. §341, a new §341 meeting of creditors and confirmation hearing shall be set and noticed to all parties of record by the Clerk of Court. The notice shall also establish a new deadline to file proofs of claims and deadline to file a motion objecting to discharge under §1328(f) or to file a complaint objecting to dischargeability of certain debts.

### ###

**Copies to:**
All parties of record by the Clerk of Court