UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 15-13372-AJC

**Andrea Rosen Liebman**
3732 NE 167 ST.
North Miami Beach, Fl. 33160

    Debtor



_____/

## MOTION FOR HEARING ON APRIL 29, 2015 TO STAY MAY 14, 2015 FORECLOSURE SALE ACCORDING TO HONORABLE JUDGE A. JAY CRISTOL ORDER OF APRIL 8, 2015 REQUIREMENTS COMPLETED

    Andrea Rosen Liebman, Debtor, Hereby files Motion For Hearing On April 29, 2015 To Stay May 14, 2015 Foreclosure Sale According To Honorable Judge A. Jay Cristol Order Of April 8, 2015 Requirements Completed.

(1)

    Your Honor, I, Andrea R. Liebman, Debtor, respectfully ask that you schedule this **Hearing On April 29, 2015,** according to your Motion Calendar. There were no other hearings times for this month. I, Andrea R. Liebman, Debtor, would have requested this Hearing sooner. I, only recently received your Order Of April 8, 2015 on April 15, 2015 (explanation below). I was waiting on the actual physical order. The Court does not send Pro se electronic order(s) nor can a Pro se file an electronic/e-mail filing. This puts me, Andrea R. Liebman, Debtor and other Debtor Pro se(s) at a distinct disadvantage when responding to the Court and requesting Hearings.

(2)

    Ocwen Loan Servicing LLC for Deutsche Bank National our mortgage holder sent us application forms on 4-10-201(**Page 1 attached below**) to begin the

**Mortgage Modification Process.** Ocwen is an approved HAMP provider and we have documentation of Hardship due to my husband's loss of income from losing his right eyesight. My husband, Jay Liebman, spoke with Relationship Manager Amit of Ocwen Loan Servicing on April 13, 2015, who is aiding us in filling out the paperwork. Amit asked for me, Andrea R. Liebman, to fax a Letter giving **Permission To Ocwen To Workout Loan Modification On Our Account Loan # 33117763 (copy of faxed permission letter of April 14, 2015 attached below).** We are working on filling out these forms and are scheduled for another telephone conference with our Ocwen Relationship Manager next week. **The Mortgage Modification in Process** alone is reason to stop the Foreclosure Sale Scheduled for May 14, 2015.

(3)

My husband, and I, Andrea R. Liebman are Senior Citizens and this Foreclosure is endangering our Home of 40 years and our health, especially my husband's health. This Order To Stay.... is extremely important. Dr. Jay Liebman D.C. his right eyesight in Jan. 2008. This is one of the subject(s) of our Counter-Complaint(s) against the two major creditors (Beach Club Villas & Deutsche Bank). Beach Club Villas Condominium Association is still in litigation with the Liebmans & has no Judgment. Beach Club Villas and Deutsche Bank have been ongoing in the Appellate Court and now the Supreme Court of Florida.

The Plan, Documents I filed and Payments I made show good faith, while we continue to seek Restitution for the loss of my husband's right eyesight and subsequent loss of income, creating a continuing Hardship on the Liebmans. Hence, the need for an Motion For Hearing on April 29, 2015 at 10:30 AM To Stay May 14, 2015 Foreclosure. Your Honors cooperation is greatly appreciated.

(4)

## **REQUIREMENTS COMPLETED**

Andrea Rosen Liebman, Debtor, as per Order Of April 8, 2015 completed (copies attached):

1. Filing of The Chapter 13 Plan
2. Fling of Declaration Regarding Payment Advices
3. Filing of Payments Made To Trustee Nancy K. Neidich According To Filed Chapter 13 Plan & Judge A. Jay Cristol Order Of April 8, 2015 (Totaling $1893)
4. MEETING OF CREDITORS scheduled on May 7, 2015 (top page attached)
5. Letter Dated April 10, 2015 Page 1 only of 24 Application Forms From Ocwen Loan Servicing LLC: Important Notice Regarding Your Recent Request For Mortgage Assistance Please Read Carefully
6. Letter Faxed on April 14, 2015 As Per Request By Ocwen' Relationship Manager Amit on April 13, 2015 Telephone Conference Call With Jay Liebman:   Subject: **Permission To Ocwen To Workout Loan Modifcation On Our Account Loan # 33117763**

**NOTE: TO HONORABLE A. JAY CRISOL FROM ANDREA ROSEN LIEBMAN REGARDING MAILINGS FROM COURT & TRUSTEE**

(5)

On April 8, 2015 after the Hearing To Vacate the Dismissal, I did not get a copy of the Order Of April 8, 2015. While I was filing in the Clerk's Office 1) The Chapter 13 Plan and 2) Declaration Regarding Payment Advices; I, Andrea Rosen Liebman, asked my husband, Dr. Jay Liebman, to ask your Honor A. Jay Cristol for a copy of the Order of Reinstatement.... My husband, Dr. Jay Liebman, told me that your Honor said he needed time to write the Order up and that the Order of April 8, 2015 would go out in the mail. I am letting you know that it took 7 days to arrive at my home on April 15, 2015 in N. Miami with the Order stating that everything in the Order must be completed within 7 days. I did complete what you wanted within 7 days and mailed the Payment(s) of $1893 on April 15, 2015 to

Nancy K. Neidich, Trustee, to a Tennessee address as requested by Amy Carrington located in Miramar (copy attached below).

(6)

Additionally after the April 8, 2015 Hearing To Vacate Dismissal, I called Amy Carrington in Miramar. She asked me if I received Trustee's Certificate Of Service Of Trustee's Notice Of Required Documents that they previously mailed, on March 6, 2015. I told her I never received this Notice… The Trustee's Certificate Of Service Of Trustee's Notice Of Required Documents were re-mailed on April 8, 2015 and I received the Notice… on April 15, 2015 seven (7) days later.

(7)

The MEETING OF CREDITORS (top page attached below) document dated 4/10/2015 was received at my home address 3732 N.E. 167 N. Miami Beach, Fl. 33160 on 4/17/2015, Friday (also 7 days later). This is one of your requirements to GRANT my Motion To Stay May 14, 2015 Foreclosure Sale.

THEREFORE, Andrea Rosen Liebman, Debtor, **HUMBLY** request for the reasons stated above that the Honorable A. Jay Cristol **GRANT** our Motion For Hearing On April 29, 2015 To Stay May 14, 2015 Foreclosure Sale According To Honorable Judge A. Jay Cristol Order Of April 8, 2015 Requirements Completed.

Prepared by:
Date: 4-20-2015
Andrea Rosen Liebman  Pro se
3732 N.E. 167 ST.
North Miami Beach, Fl. 33160
786-375-7938
j3732@aol.com

Andrea Rosen Liebman Pro se   pro se

## CERTIFICATE OF SERVICE

I, Andrea R. Liebman Pro se, hereby certify that a true and correct copy of Motion For Hearing on April 29, 2015 10:30 AM To Stay May 14, 2015 Foreclosure Sale According To Honorable Judge A. Jay Cristol Order Of April 8, 2015 Requirements Completed was served on April 21, 2015 by U.S. Mail to:

Nancy K. Neidich Esq.
Bankruptcy Trustee
P.O. Box 279806
Miramar, Fl. 33027
954-443-4402
e2c8f01@ch13herkert.com

**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Andrea R. Liebman   JOINT DEBTOR: _____   CASE NO.: 15-13372-AJC
Last Four Digits of SS# 1061   Last Four Digits of SS# _____

MONTHLY PLAN PAYMENT: Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of _____ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
A. $935 for months 1 to 60;
B. $908 for months 1 to 60;
C. $50 for months 1 to 60; in order to pay the following creditors:

Administrative: Attorney's Fee - $ -0-   TOTAL PAID $ _____
Balance Due $ _____   payable $ ____ /month (Months ____ to ____)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Beach Club Villas Condo   Arrearage on Petition Date $25,000
Address: 3670 NE 167 St   Arrears Payment $420 /month (Months 1 to 60)
N. Miami Beach, Fl.   Regular Payment $430 /month (Months 1 to 60)
Account No: 3160   *Counter-Claim, Unjust Enrichment + Negligence Suit

2. Deutsche Bank   Arrearage on Petition Date $65,000
Address: 60 Wall St.   Arrears Payment $ ____ /month (Months ____ to ____)
N.Y., N.Y. 10007   Regular Payment $825 /month (Months 1 to 60)
Account No: 0033114767   ** Hope previously submitted complaint - requesting Trustee contact Deutsche to concur

3. Newport Beach Condo   Arrearage on Petition Date $ _____
Address: 16701 Collins Av.   Arrears Payment $ ____ /month (Months ____ to ____)
Miami Beach Fl. #100   Regular Payment $ ____ /month (Months ____ to ____)
Account No: 215651-3160

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Beach Club Villas | Townhouse $385,000 | -% | $850 | 1 to 60 | 51,000 |
| Deutsche Bank | Townhouse $385,000 | 2% | $825 | 1 to 60 | 49,500 |
| Newport Beach | Timeshare $15,000 | -% | $45 | 1 to 60 | 2,700 |

Priority Creditors: [as defined in 11 U.S.C. §507]   (SAME AS ABOVE)

1. _____   Total Due $ _____
   Payable $ ____ /month (Months ____ to ____) Regular Payment $ _____
2. _____   Total Due $ _____
   Payable $ ____ /month (Months ____ to ____) Regular Payment $ _____

Unsecured Creditors: Pay $ -0- /month (Months ____ to ____).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

Andrea R. Liebman
Debtor
Date: 4-8-15

Joint Debtor
Date: _____

LF-31 (rev. 01/08/10)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:.                                    Case No. 15-13372-AJC
                                           Chapter 13

ANDREA ROSEN LIEBMAN

_____ Debtor _____/

## DECLARATION REGARDING PAYMENT ADVICES

**Debtor:**

__✓__ Copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days.
_____ )

_____ Copies of all payment advices are not attached because the debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

_____ Copies of all payment advices are not attached because the debtor:
___receives disability payments
___is unemployed and does not receive unemployment compensation
___receives Social Security payments
___receives a pension
___does not work outside the home
___is self employed and does not receive payment advices

_____ None of the statements above apply, however, the debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
Explain:_____

**Joint Debtor (if applicable):**

_____ Copies of payment advices, pay stubs or other evidence of payment received by the joint debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days.
_____ )

_____ Copies of payment advices are not attached because the joint debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

LF-10 (rev. 12/01/09)        Page 1 of 2

_____ Copies of payment advices are not attached because the joint debtor:
  _____ receives disability payments
  _____ is unemployed and does not receive unemployment compensation
  _____ receives Social Security payments
  _____ receives a pension
  _____ does not work outside the home
  _____ is self employed and does not receive payment advices

_____ None of the statements above apply, however, the joint debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received Explain: _____

*NOTE: When submitting copies of evidence of payment such as pay stubs or payment advices, it is your responsibility to redact (blackout) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching for filing with the court. See Local Rule 5005-1(A)(2).*

/s/ Andrea R. Liebman      Date: 4-8-15
Signature of Attorney or Debtor

_____    Date: _____
Signature of Joint Debtor, if applicable

LF-10 (rev. 12/01/09)      Page 2 of 2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 15-13372-AJC

**Andrea Rosen Liebman**
3732 NE 167 ST.
North Miami Beach, Fl. 33160

    Debtor

_____/

### PAYMENT(S) MADE TO TRUSTEE NANCY K. NEIDICH ACCORDING TO FILED CHAPTER 13 PLAN & JUDGE A. JAY CRISTOL ORDER OF APRIL 8, 2015

Andrea Rosen Liebman, Debtor, Hereby files Payment(s) Made To Trustee Nancy K. Neidich According To Filed Chapter 13 Plan & Judge A. Jay Cristol Order Of April 8, 2015.

Two Money Orders of $1,000 + $893 = $1893 were paid to Nancy K. Neidich Trustee and mailed to P.O. Box 2099, Memphis, Tennesse 38101. Copies of the two money orders and proof of mailing are attached.

Prepared by:
Date: 4-15-2015
Andrea Rosen Liebman Pro se
3732 N.E. 167 ST.
North Miami Beach, Fl. 33160
786-375-7938

                                      Andrea Rosen Liebman Pro se

**CHASE**     **MONEY ORDER**     1460918106   25-3/440

Date 04/14/2015

Pay To The Order Of: NANCY K. NEIDICH TRUSTEE     $** 1,000.00 **

Pay: ONE THOUSAND DOLLARS AND 00 CENTS

NOT VALID FOR MORE THAN $1000.00

Payment Made To TRUSTEE NANCY K. NEIDICH ACCORDING TO FILED CHAPTER
Memo: CASE # 15-13372-AJC  13 PLAN
Note: For Information only. Comment has no effect on bank's payment.

SENDER/DRAWER: ANDREA ROSEN LIEBMAN
2712 N.E. 169 ST. N.M.B. FL 33160
ADDRESS
JPMorgan Chase Bank, N.A.
Columbus, OH

⑆1460918106⑆ ⑆044000037⑆ 758661193⑆

---

**CHASE**     **MONEY ORDER**     1460918107   25-3/440

Date 04/14/2015

Pay To The Order Of: NANCY K. NEIDICH TRUSTEE     $** 893.00 **

Pay: EIGHT HUNDRED NINETY THREE DOLLARS AND 00 CENTS

NOT VALID FOR MORE THAN $1000.00

Payment Made To TRUSTEE NANCY K. NEIDICH ACCORDING TO FILED CHAPTER 13 PLAN
Memo: CASE # 15-13372-AJC
Note: For information only. Comment has no effect on bank's payment.

SENDER/DRAWER: Andrea Rosen Liebman
2712 N.E. 169 ST. N.M.B. FL 33160
ADDRESS
JPMorgan Chase Bank, N.A
Columbus, OH

⑆1460918107⑆ ⑆044000037⑆ 758661193⑆

Andrea Rosen Liebman
3432 N.E. 169 ST.
N. Miami Beach.

Contains: (payments) Made To
Trustee Nancy K.
Neidich according to
Filed Chapter 13 Plan &
Judge A. Jay Cristol Order of April 8, 2015

Nancy K. Neidich
P.O. Box 2099
Memphis, Tennessee 38101



FORM B9I (Chapter 13 Case) (10/10/14)                             Case Number 15-13372-AJC

## UNITED STATES BANKRUPTCY COURT
### Southern District of Florida
www.flsb.uscourts.gov

**Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, Deadlines, & Court's Confirmation Procedures**

A chapter 13 bankruptcy case concerning the debtor listed below was filed on 2/25/15. You may be a creditor of the debtor. This notice lists important deadlines. You may want to consult an attorney to protect your rights. All documents filed in the case may be accessed electronically via CM/ECF including at the public access terminals in every clerk's office. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors – Do not file this notice in connection with any proof of claim you submit to the court.**
**\*\* See Reverse Side For Important Explanations and SDFL Local Court Requirements. \*\***

Debtor(s) name(s) and address(es) (for names include married, maiden and trade used by the debtor(s) in the last 8 years):
Andrea Rosen Liebman
3732 NE 167 ST
North Miami Beach, FL 33160

| Case Number:<br>15-13372-AJC | Last four digits of Social-Security or Individual Taxpayer-ID (ITIN) No(s)./Complete EIN: 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 |
|---|---|
| Attorney for Debtor(s) (or Pro Se Debtor) name and address:<br>Andrea Rosen Liebman<br>3732 NE 167 ST<br>North Miami Beach, FL 33160 | Bankruptcy Trustee (name and address):<br>Nancy K. Neidich<br>www.ch13herkert.com<br>POB 279806<br>Miramar, FL 33027<br>Telephone number: 954-443-4402 |

### MEETING OF CREDITORS
Date: **May 7, 2015**          Time: **03:30 PM**
Location: Claude Pepper Federal Bldg, 51 SW First Ave Room 102, Miami, FL 33130

NOTE: Debtors must bring original government-issued photo identification and proof of the social security number (or, if applicable, Tax ID) to this meeting.
WARNING TO DEBTOR: Debtors must commence plan payments within 30 days of filing the chapter 13 petition or conversion to chapter 13. Without further notice or hearing the court may dismiss your case for failure to timely pay filing fee installments, failure to appear at the meeting of creditors or failure to be current with plan payments at the time of the meeting of creditors, and for failure to file a pre-bankruptcy certification of credit counseling or file wage documentation. The case may also be dismissed or converted at the scheduled confirmation hearing if the court denies confirmation of the pending plan under 11 U.S.C. § 1325 and denies a request made for additional time for filing another plan or a modification of a plan.

### CONFIRMATION HEARING ON CONTESTED PLAN:
Date: **June 16, 2015**          Time: **01:30 PM**
Location: C. Clyde Atkins U.S. Courthouse, 301 North Miami Avenue, Courtroom 7, Miami, FL 33128
NOTE: Confirmation may occur at an earlier date. Please read the reverse side regarding important objection deadlines.

### Deadlines:
Documents submitted for filing must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Proof of Claim:**
For all creditors (except a governmental unit): 8/5/15   For a governmental unit: 10/6/15, or as provided by 11 USC Sec. 502(b)(9), whichever is later.

**Creditor with a Foreign Address:**
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

**Deadline to Object to Exemptions:**
30 days after the *conclusion* of the meeting of creditors or within 30 days of any amendment to the list or supplemental schedules, except as provided under Local Rule 4003-1(B).

Deadline to Object to Confirmation and Attorney Fee Claims: See explanations on reverse.
Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 7/6/15

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| Address of the bankruptcy clerk's office where assigned judge is chambered:<br>US Bankruptcy Court<br>301 North Miami Avenue, Room 150<br>Miami, FL 33128<br>Telephone:(305)714-1800 | |
|---|---|
| Hours Open: Monday – Friday 8:30 AM – 4:00 PM<br>Closed all Legal Holidays | Clerk of the Bankruptcy Court: Joseph Falzone<br>For: Judge A. Jay Cristol<br>Date: 4/10/15 |

70107036875010



Ocwen Loan Servicing, LLC
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ℠

We are here to help you!
Call toll-free (800) 746-2936
Mon - Fri 8:00am – 9:00pm, Sat 8:00am –5:00pm
Sun 9:00am – 9:00pm ET

4/10/2015

Loan Number: 33117763

Jay M Liebman

3732 NE 167th Street
Miami, FL 33160

**Property Address:**
3732 Ne 167th St Unit 41
Miami, FL 33160

## IMPORTANT NOTICE REGARDING YOUR RECENT REQUEST FOR MORTGAGE ASSISTANCE
## PLEASE READ CAREFULLY

Dear Customer(s),

We acknowledge receipt of your verbal request for mortgage assistance. Thank you for submitting this request.

At this time, we are not able to complete the evaluation of your request because you have not submitted all the required documents. Currently, the following documents are missing from your mortgage assistance request:

- A complete and executed copy of the enclosed Request for Mortgage Assistance (RMA) application, including all the required supporting documents (as specified in the RMA).

**DOCUMENT DUE DATE**
You should submit all the document(s) listed in this letter by 5/8/2015.*
Please send copies and keep the originals for your records.

*It is very important that you submit the required document(s) to us as quickly as possible in order for us to evaluate you for all available loss mitigation options. Although we may evaluate complete applications submitted after the document due date, delays in submitting all required documents can result in the loss of important protections available to you under applicable laws, and may impact your eligibility for certain loss mitigation options. In addition, while your application remains incomplete we may continue to pursue any and all remedies available to us under the law, including initiating and/or advancing the foreclosure sale process on your property.

If you have any other mortgage loan(s) that is/are secured by the same property, we encourage you to contact the servicer(s) of those loan(s) to discuss available loss mitigation options.

33117763                                                                                          DAY3VERBAL_v3.0

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.

Page 1                                                                                             NMLS#1852

```
              TRANSMISSION VERIFICATION REPORT

                                    TIME  : 04/14/2015 14:55
                                    NAME  : ANDREA R. Liebman
                                    FAX   :
                                    TEL   :
                                    SER.# : A9J117083


    DATE,TIME              04/14 14:55
    FAX NO./NAME           14073816828
    DURATION               00:00:16
    PAGE(S)                01
    RESULT                 OK
    MODE                   STANDARD
                           ECM
```

**To:**
Ocwen Federal Bank FSB
Loan Modification Department
12650 Ingenuity Dr.
Orlando, Fl. 32836
Tel. # 888-554-6599  Fax # # 407-381-6828

**From:**
Jay M. Liebman
Andrea Rosen Liebman
3732 N.E. 167 St. Unit 41
Miami, Fl. 33160
Tel. # 954-218-2287

**Subject: Permission To Ocwen To Workout Loan Modification On Our Account**

Loan# 33117763

Bankruptcy Case No: 15-13372-AJC

Dated: 4-14-2015

To Whom It May Concern,

    I, Andrea Liebman, hereby give permission to Ocwen to workout a loan modification on the above account #33117763.

To:
Ocwen Federal Bank FSB
Loan Modification Department
12650 Ingenuity Dr.
Orlando, Fl. 32836
Tel. # 888-554-6599  Fax # # 407-381-6828

From:
Jay M. Liebman
Andrea Rosen Liebman
3732 N.E. 167 St. Unit 41
Miami, Fl. 33160
Tel. # 954-218-2287

Subject: Permission To Ocwen To Workout Loan Modification On Our Account

Loan# 33117763

Bankruptcy Case No: 15-13372-AJC


Dated: 4-14-2015

To Whom It May Concern,

    I, Andrea Liebman, hereby give permission to Ocwen to workout a loan modification on the above account #33117763.

                                            Yours Respectfully,

                                            Andrea Rosen Liebman