## UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
### CHAPTER 13 PLAN (Individual Adjustment of Debts)
☐ 2nd_____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: ANDREA R. LIEBMAN   JOINT DEBTOR: _____   CASE NO.: 2015-13372-AJC
Last Four Digits of SS# 1061   Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
  A.  $ 1,892.00  for months  1  to  3  ;
  B.  $ 2,383.00  for months  4  to  11
  C.  $ 2,698.00  for months  12  to  60  ; in order to pay the following creditors:

Administrative: Attorney's Fee - $_____ TOTAL PAID $_____ Balance Due $_____
                                      payable $_____/month (Months __ to __)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. OCWEN LOAN SERVICING, LLC   Arrearage on Petition Date $_____
Address: 3451 HAMMOND AVENUE
           P.O. Box 780
           WATERLOO, IA 50704-0780   Arrears Payment   $_____/month (Months to ) Regular
                                     Payment          $1068.00 /month (Months 1 to 60 )
Account No: 33117763

2. BEACH CLUB VILLAS
CONDOMINIUM ASSOCIATION          Arrearage on Petition Date $49,860.76
Address: 3670 NE 167TH STREET    Arrear Payment  $625.00/month(Months 4 to 11)
NORTH MIAMI BEACH, FL 33160                      $908.50/month(Months 12 to 60)
Account No: Unit 41              Payment         $451.29/month(Months 4 to 60)

Address:                         Arrearage on Petition Date_____
                                 Arrears Payment  $_____/month (Months ____ to ____)
_____           Regular Payment  $_____/month (Months ____ to ____)

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  | ____ To ____ |  |

1. _____  Total Due $_____
                           Payable   $_____/month (Months____ to ____) Regular Payment $_____
2. _____  Total Due $__Payable $_____/month (Months__ to ____) Regular Payment $_____

Unsecured Creditors: /month (Months ___ to _____).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
Other Provisions Not Included Above:

The Debtor has filed a Verified Motion for Referral to LMM with OCWEN LOAN SERVICING, LLC ("Lender"), loan number 33117763 for real property located at 3732 N.E. 167th Street, Unit 41, No. Miami Beach, FL 33160. The parties shall timely comply with all requirements of the Order of Referral to LMM and all Administrative Orders/Local Rules regarding LMM. While the LMM is pending and until the trial/interim payment plan or the permanent mortgage modification/permanent payment is established by the parties, the Debtor has included a post-petition plan payment, absent Court order to the contrary, of no less than 31% of the Debtor's gross monthly income as a good faith adequate protection payment to the Lender. All payments shall be considered timely upon receipt by the trustee and not upon receipt by the Lender.

Until the LMM is completed and the Final Report of Loss Mitigation Mediator is filed, any objection to the Lender's Proof of Claim on the real property described above shall be held in abeyance as to the regular payment and mortgage arrearage stated in the Proof of Claim only. The Debtor shall assert any and all other objections to the Proof of Claim prior to confirmation of the plan or modified plan.

If the Debtor, co-obligor/co-borrower or other third party (if applicable) and the Lender agree to a settlement as a result of the pending LMM, the Debtor will file a Motion to Approve Loss Mitigation Agreement with Lender no later than 14 calendar days following settlement. Once the settlement is approved by the Court, the Debtor shall immediately amend or modify the plan to reflect the settlement and the Lender shall amend its Proof of Claim to reflect the settlement, as applicable.

If a settlement is reached after the plan is confirmed, the Debtor will file a motion to modify the plan no later than 30 calendar days following approval of the settlement by the Court and the Lender shall have leave to amend its Proof of Claim to reflect the settlement reached after confirmation of the plan. The parties will then timely comply with any and all requirements necessary to complete the settlement.

In the event the Debtor receives any financial benefit from the Lender as part of any agreement, the Debtor shall immediately disclose the financial benefit to the Court and the trustee and amend or modify the plan accordingly.

If the Lender and the Debtor fail to reach a settlement, then no later than 14 calendar days after the Mediator's Final Report is filed, the Debtor will amend or modify the plan to (a) conform to the Lender's Proof of Claim (if the Lender has filed a Proof of Claim) or (b) provide that the real property will be surrendered. If the amended or modified plan provides that the real property is to be surrendered, then the obligations to the Lender will be considered "treated outside the plan" and the Lender shall have in rem relief from the automatic stay as to the real property being surrendered. Notwithstanding the foregoing, Lender may file a motion to confirm that the automatic stay is not in effect as to the real property.

100% Language
The debtor will modify the plan to increase the amounts to be paid to provide 100% payment of all allowed unsecured claims.
Lawsuit/Litigation language
The Debtor will modify the plan to provide for distribution of funds recovered from her pending lawsuit which are not exempt from unsecured creditors

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____        _____
Debtor                            Joint Debtor
Date: 6/17/16                     Date:_____