UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 15-13372-AJC

**Andrea Rosen Liebman**
3732 NE 167 ST.
North Miami Beach, Fl. 33160

    Debtor
_____/



## EMERGENCY MOTION FOR REHEARING ON COURT'S RULING ON 6-16-15 CONFIRMATION HEARING WITH ATTACHED AFFIDAVIT & DOCUMENTS

    Andrea Rosen Liebman, Debtor, Hereby files **Emergency Motion For Rehearing On Court's Ruling On 6-16-15 Confirmation Hearing With Attached Affidavit & Documents.**

    For reasons stated in my attached Supporting Affidavit & Document(s) emphasizing the Federal Rules of Procedure 8(f): According to Federal Rules of Civil Procedure 8(f) CONSTRUCTION OF PLEADINGS "All pleadings construed as to do substantial justice". (As amended Feb. 28, 1966, eff. July 1, 1966; Mar. 2, 1987, eff. Aug. 1, 1987.) The Hearing of June 16, 2015 violated Federal Rules of Procedure 8(f) in that it has denied us Due Process according to the Bankruptcy Procedure.

    I, Andrea R. Liebman Debtor came before your Court prior asking for reinstatement of a Stay of the Sale Scheduled May 14, 2015. I had already filed the Deficiency papers with the Trustee Nancy K. Neider as you requested. You pointed out that I had not Noticed the other side and you could not make a decision and continued the Emergency Motion To Stay Sale Scheduled May 14, 2014. You recommended and more or less told me to get a lawyer to represent me would be best way to get you to reinstate the automatic stay and get me thru the bankruptcy process. I, Andrea R. Liebman, Debtor, followed your advice

*(Beach Club Villas + Deutsche Bank did not Notice me of the Feb. 25, 2015 Sale + Exparte Hearing that took place in the Lower Court thus violating due Process)*

and hired an Attorney to represent me at a cost of $5,000.00.

On May 13, 2015, my Attorney, Dorota Trzeciecka, came before your Honor requesting the automatic stay be reinstated.  Your Honor GRANTED my Emergency Motion To Reinstate the Automatic Stay & Cancel the May 14 2015 Scheduled Foreclosure Sale .  This Order was and is official record that the Sale was officially canceled as of May 13, 2015.  The U.S. Bankruptcy Court, your Honor's Court, supersedes the jurisdiction of the Dade County Circuit Court.

Through no fault of mine, Andrea R. Liebman Debtor, and in spite of your Order of May 13, 2015 , the Foreclosure Sale took place on May 14, 2015. This Foreclosure Sale is VOID ON ITS FACE and is unenforceable under any circumstance, grounds or excuses by opposing Counsel of Ocwen/Deutsche according to rule of law: under no circumstances can a Void Order According to Federal Rules of Procedure Void Sale be enforced.

**Rule 60. Relief From Judgment or Order**
(a) CLERICAL MISTAKES. Clerical mistakes in judgments, orders
or other parts of the record and errors therein arising from oversight
or omission may be corrected by the court at any time of its
own initiative or on the motion of any party and after such notice,
if any, as the court orders. During the pendency of an appeal,
such mistakes may be so corrected before the appeal is docketed
in the appellate court, and thereafter while the appeal is pending
may be so corrected with leave of the appellate court.
(b) MISTAKES; INADVERTENCE; EXCUSABLE NEGLECT; NEWLY
DISCOVERED EVIDENCE; FRAUD, ETC. On motion and upon such terms
as are just, the court may relieve a party or a party's legal representative
from a final judgment, order, or proceeding for the following
reasons: (1) mistake, inadvertence, surprise, or excusable
neglect; (2) newly discovered evidence which by due diligence
could not have been discovered in time to move for a new trial
under Rule 59(b); (3) fraud (whether heretofore denominated intrinsic
or extrinsic), misrepresentation, or other misconduct of an

adverse party; (4) the judgment is void; (5) the judgment has been satisfied, released, or discharged, or a prior judgment upon which it is based has been reversed or otherwise vacated, or it is no longer equitable that the judgment should have prospective application; or (6) any other reason justifying relief from the operation of the judgment. The motion shall be made within a reasonable time, and for reasons (1), (2), and (3) not more than one year after the judgment, order, or proceeding was entered or taken. A motion under this subdivision (b) does not affect the finality of a judgment or suspend its operation. This rule does not limit the power of a court to entertain an independent action to relieve a party from a judgment, order, or proceeding, or to grant relief to a defendant not actually personally notified as provided in Title 28, U.S.C., § 1655, or to set aside a judgment for fraud upon the court. Writs of coram nobis, coram vobis, audita querela, and bills of review and bills in the nature of a bill of review, are abolished, and the procedure for obtaining any relief from a judgment shall be by motion as prescribed in these rules or by an independent action.
(As amended Dec. 27, 1946, eff. Mar. 19, 1948; Dec. 29, 1948, eff. Oct. 20, 1949; Mar. 2, 1987, eff. Aug. 1, 1987.)

**I, Andrea R. Liebman, Debtor, hereby state, Support In my attached Affidavit the following procedural history that took place in Dade County Circuit Court & prior that forced me, Andrea R. Liebman, Debtor to seek protection from my creditors, Deutsche Bank Nation/Ocwen & Beach Club Villas Condominium Association. Due to the combined adverse actions/negligence of these two parties, my husband, Jay Liebman and I fell into HARDSHIP CIRCUMSTANCES that lead us to eventually file Bankruptcy. NOTE:**

**Excerpt from Article written Dec. 19, 2013, the same day Deutsch Bank National obtained a Final Judgment of Foreclosure based on a Summary Judgment claiming that the Liebmans claim of predatory lending was not a Genuine Issue of Material Fact in our SUPPORTING AFFIDAVIT attached to this EMERGENCY MOTION:**

**Q: What laws did Ocwen violate?**

**A: Ocwen is charged with engaging in unfair and deceptive acts or practices in violation of the federal Consumer Financial Protection Act and state laws. Ocwen's unlawful conduct has resulted in injury to consumers who have had home loans serviced by Ocwen, Litton , and Homeward. The harm includes payment of improper fees and charges, unreasonable delays and expenses to obtain loss mitigation relief, and improper denial of loss mitigation relief.**

My husband, and I, Andrea R. Liebman are Senior Citizens and this Foreclosure is endangering our Home of 40 years and our health, especially my husband's health. This Emergency Motion For Rehearing is extremely important to us and the need to save our home.

Our Bankruptcy Process has not been completed and it is certainly our right to be able to do so. We have made the required payments, filed amended schedules and plan, are going to a creditors meeting continued to today (June 18,2015), and have a confirmation meeting scheduled for early July, 2015. If we are not confirmed, we are entitled to amend again, according to procedure.

THEREFORE, Andrea Rosen Liebman, Debtor, **HUMBLY** request for the reasons stated above and in our attached Supporting Affidavit that the Honorable A. Jay Cristol **GRANT** our **EMERGENCY MOTION FOR REHEARING ON COURT'S RULING ON 6-16-15 CONFIRMATION HEARING WITH ATTACHED AFFIDAVIT & DOCUMENTS**

Prepared by:
Date: 6-18-2015
Andrea Rosen Liebman  Pro se
3732 N.E. 167 ST.
North Miami Beach, Fl. 33160
786-375-7938
j3732@aol.com

Andrea Rosen Liebman Pro se   pro se

## CERTIFICATE OF SERVICE

I, Andrea R. Liebman Pro se, hereby certify that a true and correct copy of Emergency Motion For Rehearing was served on June 18, 2015 by U.S. Mail/Fax to:

Judge A. Jay Cristol
C. Clyde Atkins US Courthouse
301 North Miami Avenue, Courtroom 7
Miami, Fl. 33128

Nancy K. Neidich Esq.
Bankruptcy Trustee
P.O. Box 279806
Miramar, Fl. 33027
954-443-4402
e2c8f01@ch13herkert.com

Ocwen Loan Servicing LLP (Deutsche Bank National)
Aldridge Connors LLP
Bankruptcy Department
C/O Alice Blanco Esq.
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, Ga. 30305
Tel. 404-994-7400 Ext. 7498 Fax. 888-246-7307

Beach Club Villas Condominium Association
C/O Michael Gomez Esq.
1930 Tyler St. Hollywood, Fl. 33020
Tel. 954-921-7676   Fax 954-925-7816

Newport Condominium Association
16701 Collins Av. Suite 100
Miami Beach, Fl. 331609

Dorota Trzeciecka
Dorota Trzeciecka, P.L.
250 95th Street, No. 546019
Surfside, FL 33154
Phone: 305-439-0464
Fax: 305-867-1036
E-mail: dorota@debtor-creditorlaw.com

To:
Ocwen Federal Bank FSB
Loan Modification Department
12650 Ingenuity Dr.
Orlando, Fl. 32836
Tel. # 888-554-6599  Fax # # 407-381-6828

From:
Jay M. Liebman
Andrea Rosen Liebman
3732 N.E. 167 St. Unit 41
Miami, Fl. 33160
Tel. # 954-218-2287

Subject: Permission To Ocwen To Workout Loan Modification On Our Account

Loan# 33117763

Bankruptcy Case No: 15-13372-AJC

Dated: 4-14-2015

To Whom It May Concern,

    I, Andrea Liebman, hereby give permission to Ocwen to workout a loan modification on the above account #33117763.

                          Yours Respectfully,

                          Andrea Rosen Liebman

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 15-13372-AJC

**Andrea Rosen Liebman**
3732 NE 167 ST.
North Miami Beach, Fl. 33160

    Debtor

_____/

# AFFIDAVIT BY ANDREA R. LIEBMAN IN SUPPORT OF EMERGENCY MOTION FOR REHEARING ON COURT'S RULING ON 6-16-15 CONFIRMATION HEARING WITH ATTACHED DOCUMENT(S)

## HISTORY LEADING INTO U.S. BANKRUPTCY COURT OF FEB. 2015

### RECENT EVENTS

#### I

On Dec. 19, 2013, Deutsche Bank National Obtained a Final Judgment Of Foreclosure based on a Default written Order by Deutche Bank National. The Liebmans objected to that Order because it was based on the Liebman's failure to Answer the Deutsche Bank National Complaint. The Dade County Circuit Court records reflect the opposite. Deutsche Bank National Defaulted on April 22, 2013 when they failed to Answer the Liebman's Amended Complaint filed in Sept. 2013 7 months prior. Judge Schumacher Ordered them to Answer within 15 days on Feb. 7, 2013. Deutsche Bank National disobeyed that Order which also denied their Motion To Dismiss.

#### II

In Feb. 2014, my husband, Jay Liebman, filed for Bankruptcy to stop the Foreclosure Sale. Right after to filing the Bankruptcy, Jay Liebman contacted Ocwen Loan Serving and they said they would modify the loan, but I needed to give them permission in writing and there was no need for the Bankruptcy to continue. They asked me to give them the permission to enter into a Loan Modification and they sent me the HAMP/Modification Papers that I was entitled to because of my Financial Hardship related to the loss of Jay Liebman's Right Eye. We, Andrea & Jay Liebman, spent several months in this process and even had HOPE, a Government Agency, actually approve our application for a HAMP Loan at 2% bringing our payment including taxes of $200 to $800 plus a month excluding the HOA fees. Ocwen Loan Servicing received the completed HAMP Loan Application from the HOPE AGENCY DIRECTLY, only to end up not reviewing the application at all. Ocwen claimed that the owner of the Loan, Deutsche Bank would not allow us to modify the loan, because they do not do modifications. We, the Liebmans, were in the process of trying to get Ocwen to move forward with the HAMP Loan & get permission from Deutsche Bank when Beach Club Villas, an interested Party, made a Motion To Reset the Foreclosure Sale. This Motion by Beach Club Villas was (NO NOTICE) never sent to the Liebmans; we found out indirectly from an Attorney we were talking with to help us get the Loan Modification from Deutche that there was a hearing scheduled. The Liebmans went to the hearing and the Motion was held in obeyance.

### III

To make a long story Short, Beach Club Villas Condo Assoc. filed a Motion To Reset Foreclosure Sale in Dec. 2014 with No Notice to the Liebmans. AGAIN! We found out a few days before the sale, because of a solicitation that came through the mail.* We went to the Appeal Court, who would not Stay the Sale. Andrea Liebman then filed for Bankruptcy on Feb. 25, 2015, since there was no alternative. Your HONOR there is no excuse for the failure of NO NOTICE of the Hearing to Reset The Foreclosure Sale. The Order to Reset Sale was based on an ExParte Hearing, a Violation of Due Process & Equal Protection was by Beach Club Villas and Deutsche Bank National.

*This is the same way we found out our home was sold! No notice to us or our attorney! We sent the solicitation outlining the sale to our attorney. Ocwen's representative Ms Alice Blanco, Esq. knew the sale was stopped at the May 13, 2015 hearing and DID NOT stop the sale or notify us or our attorney that the sale took place.

Page 2 of 9

## IV

Ocwen Loan Servicing LLC for Deutsche Bank National, our mortgage holder, sent us application forms on 4-10-2015 (Page 1 attached below) to begin the **Mortgage Modification Process.** Ocwen is an approved HAMP provider and we have documentation of Hardship due to my husband's loss of income from losing his right eyesight. My husband, Jay Liebman, spoke with Relationship Manager Amit of Ocwen Loan Servicing on April 13, 2015, who was aiding us in filling out the paperwork. Amit asked for me, Andrea R. Liebman, to fax a Letter giving **Permission To Ocwen To Workout Loan Modification On Our Account Loan # 33117763 (copy of faxed permission letter of April 14, 2015 attached below), in Emergency Motion.** We were working on filling out these forms and were scheduled for another telephone conference with our Ocwen Relationship Manager. **The Mortgage Modification in Process** alone was reason to stop the Foreclosure Sale Scheduled for May 14, 2015. Amit said the sale would be stopped but Ocwen's attorneys act differently. There is always double talk. Even worse, to show Ocwen's techniques, the sale of our home shows the foreclosure (3) satisfied at $212,000 yet Ocwen claims $238,000 due just one week later.

My husband, and I, Andrea R. Liebman, are Senior Citizens and this Foreclosure is endangering our Home of 40 years and our health, especially my husband's health. This Emergency Stay is extremely important. Dr. Jay Liebman D.C. lost his right eyesight in Jan. 2008. This is one of the subject(s) of our Counter-Complaint(s) against the two major creditors (Beach Club Villas & Deutsche Bank). Beach Club Villas Condominium Association is still in litigation with the Liebmans & has no Judgment. Beach Club Villas and Deutsche Bank are under ongoing Appeal(s). The Bankruptcy process is to protect us while we get back on our feet.

The Plan, Documents I filed and Payments I made show good faith. We continue to seek Restitution for the loss of my husband's right eyesight and subsequent loss of income, creating a continuing Hardship on the Liebmans.

Hence, the need for an Emergency Motion For Re Hearing. Your Honor's cooperation is greatly appreciated.

## ARTICLE: MULTIBILLION DOLLAR OCWEN SETTLEMENT 12-19-13

**Q: What laws did Ocwen violate?**

**A: Ocwen is charged with engaging in unfair and deceptive acts or practices in violation of the federal Consumer Financial Protection Act and state laws. Ocwen's unlawful conduct has resulted in injury to consumers who have had home loans serviced by Ocwen, Litton , and Homeward. The harm includes payment of improper fees and charges, unreasonable delays and expenses to obtain loss mitigation relief, and improper denial of loss mitigation relief.**

HOME INSIDE THE CFPB GET ASSISTANCE PARTICIPATE LAW & REGULATION SUBMIT A COMPLAINT

HOME > BLOG > EXPLAINER: WHAT THE MULTI-BILLION DOLLAR OCWEN ENFORCEMENT ACTION MEANS FOR YOU

DEC 19 2013 Explainer: What the multi-billion dollar Ocwen enforcement action means for you BY CFPB WEB TEAM

Along with authorities in 49 states, and the District of Columbia, we're filing an order requiring the largest nonbank mortgage loan servicer in the country, Ocwen Financial Corporation, to pay for years of systemic misconduct in mortgage servicing. The misconduct included unfair shortcuts, unauthorized fees, deception, illegal foreclosures, and other illegal practices. Ocwen will be required to provide $2 billion in loan modification relief to its customers and $125 million in refunds to consumers whose homes were foreclosed.

Since 2009, Ocwen has been taking advantage of homeowners with shortcuts and unauthorized fees and deceiving consumers about loan modifications. We have mortgage rules that will take effect in January 2014 that establish strong protections for struggling homeowners facing foreclosure.

We have answers to some of your questions about this case:

Q: What is a mortgage servicer and how do I know if Ocwen services my loan?

A: The company that you make your monthly payment to is your mortgage servicer. Many of the loans administered by servicers are owned by third-party investors, so they may or may not be a lending institution and may or may not own your loan. A mortgage servicer administers mortgage loans,

including collecting and recording payments from borrowers. A servicer also handles loan defaults and foreclosures, and may offer programs to avoid foreclosure to assist delinquent borrowers.

You can find out whether your mortgage is serviced by Ocwen by calling (800) 337-6695 or emailing your question to ConsumerRelief@Ocwen.com.

Q: How will I know whether this settlement affects me?

A: This settlement involves Ocwen and two companies recently purchased by Ocwen: Litton Loan Servicing LP and Homeward Residential Holdings LLC (previously known as American Home Servicing, Inc. or AMHSI). If your loan was serviced by Ocwen, Litton, or Homeward, you lost your home to foreclosure between Jan. 1, 2009 and Dec. 31, 2012, and if you meet other criteria, the settlement administrator will mail you a notice letter and claim form.

For loan modification options, you may be contacted directly by Ocwen. You can also contact Ocwen for information about specific loan modification programs and find out if you will be impacted by this settlement. You can reach Ocwen by calling (800) 337-6695 or emailing ConsumerRelief@Ocwen.com.

Q: Will there be payments to foreclosure victims?

A: Yes. The settlement administrator will mail Notice Letters and Claim Forms to borrowers who lost their home due to foreclosure between January 1, 2009 and December 31, 2012, whose loans were serviced by Ocwen, Homeward, or Litton, and who meet other criteria. Borrowers who receive payments will not have to release any claims and will be free to seek additional relief in the courts.

Q: How do I know if I am eligible for payment as a foreclosure victim?

A: You are eligible if you meet the following requirements:

Contact us  (855) 411- 2372 Search

Your home was foreclosed between January 1, 2009 and December 31, 2012. At the time of foreclosure, the loan was serviced by Ocwen, Homeward, or Litton. You made at least three payments on the loan. You lived or intended to live in the property as your principal place of residence at the time of the origination of the loan. The property was a one-to-four unit residential property. The unpaid principal balance of the first-lien did not exceed $729,750 for a one-unit property, $934,200 for a two-unit property, $1,129,250 for a three-unit property, or $1,403,400 for a four-unit property. You make a valid claim.

Q: If I am eligible for foreclosure relief, how much will I get?

A: That depends. All consumers who successfully file eligible claims will receive an equal payment based on the total number of successful claims.

Q: What about those borrowers who continued making payments?

A: Borrowers who are current on their payments but are nonetheless struggling to make their payments and are "underwater" on their mortgages may qualify for loan modifications that will result in reductions in principal.

For loan modification options, borrowers may be contacted directly by Ocwen.

Borrowers can also contact Ocwen themselves to obtain more information about specific loan modification programs and inquire whether the borrower may be impacted by this settlement. You can reach Ocwen by calling (800) 337-6695 or emailing ConsumerRelief@Ocwen.com.

**Q: What laws did Ocwen violate?**

**A: Ocwen is charged with engaging in unfair and deceptive acts or practices in violation of the federal Consumer Financial Protection Act and state laws. Ocwen's unlawful conduct has resulted in injury to consumers who have had home loans serviced by Ocwen, Litton , and Homeward. The harm includes payment of improper fees and charges, unreasonable delays and expenses to obtain loss mitigation relief, and improper denial of loss mitigation relief.**

We have some more answers to specific questions about the Ocwen settlement .

7 COMMENTS | CATEGORIES: ENFORCEMENT | FEATURED | FORECLOSURE | MORTGAGES

Comments for this thread are now closed. ×

7 Comments Consumer Financial Protection Bureau Login  ·

Sort by Oldest Share ⬈ ⚑–Harvey "The House Lawyer" a year ago Sounds like a step in the right direction. Good Job! 8 △ ▽

⚑–TheHutMaster a year ago CFPB may have setteled, but the people have not. Get ready Ocwen Financial Solutions, "ya ain't seen notin yet". 17 △ ▽

⚑–joey a year ago > TheHutMaster It cost money to fight big banks money they know u don't have .so they tac on fees after fees problems after problem your going to be indebted to them your whole life or won't have a place to live.when you go in a mod and send your pay check stubs in and bills it's not to help u .it's a way for them to know how much money they can get in the long run .Fees fees fees

Favorite ★

see more

6 △ ▽

⚑–TheHutMaster a year ago Time to go after Bank of America, Wells Fargo, and Chase now. Returning these homes to the HO, then Jail for these criminals is the only solution The People will entertain. 19 △ ▽

⚑–Linda a year ago I still have my home but thanks to ocwen threatening foreclosure a few years ago we lost all equity and owe more now than ever. They keep raising my payments saying it is because of all the fees and extra things they charge. How does this help me? 26 △ ▽

⚑–Dave AS a year ago OCWEN lost a large class law suit in 2002 (1.5 billion) yet after that suit they continued to commit fraud. Here it is 2013 and they have not changed their methods of unlawful conduct. That's where the real problem is and the only solution is for the Federal Government to penalize their business in regards to limiting their acquisitions and putting a hold on their ability to take

on new loan servicing agreements until OCWEN can demonstrate they are running a legitimate and honest business model.

see more

21 △ ▽

🏳–Itachee a year ago Ocwen took over servicing our loan from the original mortgage company back around 2005/06 and we had nothing but constant issues with Ocwen. Not the least of those issues was calling customer service and trying to talk with some one in Mumbai India with poor english language skills, both speaking and understanding. So when interest rates were down earlier this year we reified and got away from Ocwen. In getting the refi done they charged us $5K over the P&I payoff amount. After months of letters and so called accountings by Ocwen that wouldn't pass muster with a high school student we finally got back a bit less than half of what we were owed. We are still arguing with them and hope this settlement will jar some stuff lose for a payoff.

see more

24 △ ▽

Subscribe✉ Add Disqus to your site d Privacy •

The CFPB blog aims to facilitate conversations about our work. We want your comments to drive this conversation. Please be courteous, constructive, and on-topic. To help make the conversation productive, we encourage you to read our comment policy before posting. Comments on any post remain open for seven days from the date it was posted.

Privacy policy and legal notices Accessibility Plain writing No FEAR Act FOIA Whistleblower Act

USA.gov Office of Inspector General Ombudsman

Visite nuestro sitio web en español

ESPAÑ

Prepared by:
Date: 6-18-2015
Andrea Rosen Liebman  Pro se
3732 N.E. 167 ST.
North Miami Beach, Fl. 33160
786-375-7938
j3732@aol.com

*Andrea Rosen Liebman*
Andrea Rosen Liebman Pro se   pro se

I, Andrea R. Liebman, Herby Affirm that everything in my Affidavit is True & Correct before a Notary Public today 6-18-2015

Date:                              Notary Signature:

Notary Seal

## CERTIFICATE OF SERVICE

I, Andrea R. Liebman Pro se, hereby certify that a true and correct copy of Affidavit In Support of Emergency Motion For Rehearing was served on June 18, 2015 by U.S. Mail/Fax to:

Judge A. Jay Cristol
C. Clyde Atkins US Courthouse
301 North Miami Avenue, Courtroom 7
Miami, Fl. 33128

Nancy K. Neidich Esq.
Bankruptcy Trustee
P.O. Box 279806
Miramar, Fl. 33027
954-443-4402
e2c8f01@ch13herkert.com

Ocwen Loan Servicing LLP (Deutsche Bank National)
Aldridge Connors LLP
Bankruptcy Department
C/O Alice Blanco Esq.
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, Ga. 30305
Tel. 404-994-7400 Ext. 7498 Fax. 888-246-7307

Beach Club Villas Condominium Association
C/O Michael Gomez Esq.
1930 Tyler St.  Hollywood, Fl. 33020
Tel. 954-921-7676   Fax 954-925-7816

Newport Condominium Association
16701 Collins Av. Suite 100
Miami Beach, Fl. 331609

Dorota Trzeciecka
Dorota Trzeciecka, P.L.
250 95th Street, No. 546019
Surfside, FL 33154
Phone: 305-439-0464
Fax: 305-867-1036
E-mail: dorota@debtor-creditorlaw.com